UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANN BURKE,

        Plaintiff,

vs.                               Case No. 8:08-CV-603-T-27MSS

NATIONAL PAYMENT CENTER,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Dkt. 2), which is construed as a motion for leave to proceed *in forma pauperis*, be DENIED and her action be DISMISSED without prejudice. (Dkt. 5). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, this Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED:**

1)     The Report and Recommendation (Dkt. 5) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)     Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Dkt. 2) is **DENIED.**

3)     This action is **DISMISSED** without prejudice because Plaintiff's complaint fails to

state the legal basis for the claim Plaintiff is attempting to assert or the grounds upon which this Court has personal or subject matter jurisdiction.

4) All pending motions are **DENIED** as moot.

4) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 10th day of June, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

2